IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE INC, | No. C 08-05575 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SS PACIFIC STAR, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 30, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DESIGNATION OF EXPERTS: <u>9/21/09</u>; REBUTTAL: <u>10/9/09</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 13, 2009</u>;

   Opp. Due <u>November 30, 2009</u>;  Reply Due <u>December 7, 2009</u>;

   and set for hearing no later than <u>December 18, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 16, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 1, 2010</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendant shall produce the requested documents by 8/21/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge