1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California  94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  Email:          norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff
   ESCO MARINE INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | ESCO MARINE INC.,                              | Case No.: C08-05575 SI
13 |                              Plaintiff,        | **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**
14 |        v.                                      |
15 | SS PACIFIC STAR (ex-ARTSHIP,
     ex-GOLDEN BEAR), her engines, tackle,
16 | equipment, appurtenances, freights, cargo, etc.
     (Official No. 239932) *in rem*;
17 | INTERNATIONAL DATA SECURITY, INC.,
     a Delaware corporate entity; and
18 | INTERNATIONAL MARITIME SECURITY
     ALLIANCE, LLC, a Delaware corporate entity.
19 |                              Defendants.       |
20

21
22
23
24
25
26
27
28

---
1
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1  IT IS HEREBY STIPULATED, by and among the parties hereto, through their
2  respective counsel of record, that the further case management conference currently scheduled
3  for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other
4  date that is convenient on the court's calendar.

5  DATED: October 22, 2009          BULLIVANT HOUSER BAILEY PC

7                                   By _____
                                        NORMAN J. RONNEBERG, JR.
8                                       Attorneys for Plaintiff
                                        ESCO MARINE INC.

10 DATED: October _____, 2009       LAW OFFICE OF SCOTT S. FURSTMAN

12                                  By _____
                                        SCOTT S. FURSTMAN
13                                      Attorneys for Defendants
                                        SS PACIFIC STAR; INTERNATIONAL
14                                      DATA SECURITY, INC.; and
                                        INTERNATIONAL MARITIME SECURITY
15                                      ALLIANCE, LLC

17                                  **ORDER**
18 IT IS HEREBY ORDERED that the case management conference in the captioned
19 matter, currently scheduled for Octobe 30, 2009, be continued to November _____, 2009 at
20 3:00 p.m.
21 DATED: October _____, 2009

23                                  _____
                                    SUSAN ILLSTON
                                    United States District Judge
24  12090082.1

---
2
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1  IT IS HEREBY STIPULATED, by and among the parties hereto, through their
2  respective counsel of record, that the further case management conference currently scheduled
3  for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other
4  date that is convenient on the court's calendar.

5  DATED: October 22, 2009            BULLIVANT HOUSER BAILEY PC

7                                     By _____
                                         NORMAN J. RONNEBERG, JR.
8                                        Attorneys for Plaintiff
                                         ESCO MARINE INC.

10 DATED: October 26, 2009            LAW OFFICE OF SCOTT S. FURSTMAN

12                                    By _____
                                         SCOTT S. FURSTMAN
13                                       Attorneys for Defendants
                                         SS PACIFIC STAR; INTERNATIONAL
14                                       DATA SECURITY, INC.; and
                                         INTERNATIONAL MARITIME SECURITY
15                                       ALLIANCE, LLC

17                                         **ORDER**
18     IT IS HEREBY ORDERED that the case management conference in the captioned
19 matter, currently scheduled for Octobe 30, 2009, be continued to November 12 @, 2009 at
                                                                              10
20 ~~3:00 p.m.~~                                                              am,

21 DATED: October ____, 2009

23                                    _____
                                      SUSAN ILLSTON
24 12090082.1                         United States District Judge

2
**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI