1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California  94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  Email:        norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff
   ESCO MARINE INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ESCO MARINE INC.,                    Case No.:  C08-05575 SI

13                        Plaintiff,     **STIPULATION RE CONTINUANCE OF
                                         CASE MANAGEMENT CONFERENCE;**
14          v.                           **ORDER THEREON**

15  SS PACIFIC STAR (ex-ARTSHIP,
    ex-GOLDEN BEAR), her engines, tackle,
16  equipment, appurtenances, freights, cargo, etc.
    (Official No. 239932) *in rem*;
17  INTERNATIONAL DATA SECURITY, INC.,
    a Delaware corporate entity;  and
18  INTERNATIONAL MARITIME SECURITY
    ALLIANCE, LLC, a Delaware corporate entity.
19
                          Defendants.
20

21

22

23

24

25

26

27

28

---

**1**

**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* **[U.S.D.C. (N.D. Cal.) No. C08-05575 SI**

1  IT IS HEREBY STIPULATED, by and among the parties hereto, through their

2 respective counsel of record, that the further case management conference currently scheduled

3 for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other

4 date that is convenient on the court's calendar.

5 DATED: October 22, 2009    BULLIVANT HOUSER BAILEY PC

6

7            By _____

8              NORMAN A. RONNEBERG, JR.
               Attorneys for Plaintiff

9              ESCO MARINE INC.

10 DATED: October _____, 2009   LAW OFFICE OF SCOTT S. FURSTMAN

11

12           By _____

13             SCOTT S. FURSTMAN
              Attorneys for Defendants

14             SS PACIFIC STAR; INTERNATIONAL
              DATA SECURITY, INC.; and

15             INTERNATIONAL MARITIME SECURITY
              ALLIANCE, LLC

16

17            **ORDER**

18  IT IS HEREBY ORDERED that the case management conference in the captioned

19 matter, currently scheduled for Octobe 30, 2009, be continued to November 12 _____, 2009 at

20 ~~3:00 p.m.~~  10 a.m.

21 DATED: October _____, 2009

22

23           _____
            SUSAN ILLSTON

24 12090082.1         United States District Judge

25

26

27

28

**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI]

1     IT IS HEREBY STIPULATED, by and among the parties hereto, through their

2   respective counsel of record, that the further case management conference currently scheduled

3   for October 30, 2009 at 3:00 p.m. be continued to November 13, 2009 at 3:00 p.m. or such other

4   date that is convenient on the court's calendar.

5   DATED: October 22, 2009          BULLIVANT HOUSER BAILEY PC

6

7                        By _____

8                           NORMAN J. RONNEBERG, JR.
                              Attorneys for Plaintiff

9                           ESCO MARINE INC.

10  DATED: October _Ue_, 2009      LAW OFFICE OF SCOTT S. FURSTMAN

11

12                       By _____

13                           SCOTT S. FURSTMAN
                              Attorneys for Defendants

14                           SS PACIFIC STAR; INTERNATIONAL
                              DATA SECURITY, INC.; and

15                           INTERNATIONAL MARITIME SECURITY
                              ALLIANCE, LLC

16

17                       **ORDER**

18     IT IS HEREBY ORDERED that the case management conference in the captioned

19  matter, currently scheduled for Octobe 30, 2009, be continued to November 12 @, 2009 at
                                                           10

20  3:00 p.m.                                          am,

21

22  DATED: October _____, 2009

23                           _____

24  12090082.1                    SUSAN ILLSTON
                            United States District Judge

25

26

27

28

STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (N.D. Cal.) No. C08-05575 SI