ESCO MARINE INC,

        Plaintiff,

  v.

SS PACIFIC STAR,

        Defendant.
                                  /

No. C 08-05575 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PLAINTIFF'S MOTION TO ADD INDIVIDUAL OWNERS AS DEFENDANTS: March 19, 2010, at 9:00 a.m. (File: 2/26/10, Opposition: 3/5/10, Reply: 3/12/10)

PRETRIAL CONFERENCE DATE: May 18, 2010 at 3:30 PM.

JURY TRIAL DATE: June 1, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Naughton and Choi's depositions shall proceed on a date convenient to Mr. Ronnenberg between 2/15/10 and 2/25/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                     _____
                                              SUSAN ILLSTON
                                              United States District Judge