SCOTT S. FURSTMAN, Cal. Bar No. 76476
LAW OFFICE OF SCOTT S. FURSTMAN
510 North Third Street
San Jose, California  95112
Telephone:	408-292-4132
Facsimile:	408-292-4162
sfurstman@sbcglobal.net

Attorneys for Defendants
SS PACIFIC STAR; INTERNATIONAL
DATA SECURITY, INC.; and INTERNATIONAL
MARITIME SECURITY ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., | Case No. CV 08  05575 SI |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE PRE TRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER** |
| SS PACIFIC STAR, (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity, | |
| Defendants. | |

The parties, through their respective undersigned counsel of record, stipulate that the Pre Trial conference presently set for May 18, 2010 at 3:30 p.m. may be vacated. The parties further stipulate that the trial presently set for June 1, 2010 may also be vacated. The matter will remain set for further Case Management Conference on July 9, 2010 at 3:00 p.m.

This stipulation is entered into as Plaintiff has been granted leave to amend to name individual Defendants, and has in fact filed an Amended Complaint.

-1-STIPULATION AND PROPOSED ORDER

It is so stipulated.

Dated: May 17, 2010____          LAW OFFICE OF SCOTT S. FURSTMAN

                                 By _____/s/ Scott S. Furstman_____

                                 SCOTT S. FURSTMAN
                                 Attorney for Defendants SS PACIFIC STAR;
                                 INTERNATIONAL DATA SECURITY, INC.;
                                 and INTERNATIONAL MARITIME
                                 SECURITY ALLIANCE

Dated: May 17 , 2010             BULLIVANT HOUSER BAILEY PC

                                         /s/ Norman J. Ronneberg, Jr.
                                 By _____

                                 NORMAN J. RONNEBERG, JR.
                                     Attorneys for Plaintiff ESCO MARINE, INC.

[Proposed] Order

Good cause appearing and the parties having stipulated thereto, it is ordered that the Pre Trial Conference presently set for May 18, 2010 is vacated. It is further ordered that the Trial date presently set for June 1, 2010 is also vacated. The matter remains set for further Case Management Conference on July 9, 2010 at 3:00 p.m.

Dated: May        , 2010

                                 _____
                                   Susan Illston, U. S. District Judge