SCOTT S. FURSTMAN, Cal. Bar No. 76476
LAW OFFICE OF SCOTT S. FURSTMAN
510 North Third Street
San Jose, California  95112
Telephone:     408-292-4132
Facsimile:      408-292-4162
sfurstman@sbcglobal.net

Attorneys for Defendants
SS PACIFIC STAR; INTERNATIONAL
DATA SECURITY, INC.; and INTERNATIONAL
MARITIME SECURITY ALLIANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., | Case No. CV 08  05575 SI |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER** |
| SS PACIFIC STAR, (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity, | |
| Defendants. | |

The parties, through their respective undersigned counsel of record, stipulate that the Case Management Conference presently set for July 9, 2010 at 3:00 p.m. may be continued to July 23, 2010 at 3:00 p.m. The parties believe that additional time may assist in narrowing issues to be addressed at the Case Management Conference including the Counter Claim and further developments following meetings with the EPA.

//

-1-STIPULATION AND PROPOSED ORDER

1    It is so stipulated.

Dated: July 8, 2010____        LAW OFFICE OF SCOTT S. FURSTMAN

                               By _____/s/ Scott S. Furstman_____

                               SCOTT S. FURSTMAN
                               Attorney for Defendants SS PACIFIC STAR;
                               INTERNATIONAL DATA SECURITY, INC.;
                               and INTERNATIONAL MARITIME
                               SECURITY ALLIANCE

Dated: July 8, 2010            BULLIVANT HOUSER BAILEY PC

                                       /s/ Norman J. Ronneberg, Jr.
                               By _____

                               NORMAN J. RONNEBERG, JR.
                                  Attorneys for Plaintiff ESCO MARINE, INC.

[Proposed] Order

Good cause appearing and the parties having stipulated thereto, it is ordered that the Case Management Conference presently set for July 9, 2010 is continued to July 23, 2010 at 3:00 p.m.

Dated: July        , 2010

                               _____
                               Susan Illston, U. S. District Judge