1  SCOTT S. FURSTMAN, Cal. Bar No. 76476
   LAW OFFICE OF SCOTT S. FURSTMAN
2  510 North Third Street
   San Jose, California  95112
3  Telephone:     408-292-4132
   Facsimile:     408-292-4162
4  sfurstman@sbcglobal.net
5
   Attorneys for Defendants
6  SS PACIFIC STAR; INTERNATIONAL
   DATA SECURITY, INC.; and INTERNATIONAL
7  MARITIME SECURITY ALLIANCE, LLC
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11
12 ESCO MARINE, INC.,                          Case No. CV 08  05575 SI
13                 Plaintiff,
14        v.                                   **STIPULATION TO CONTINUE CASE
                                               MANAGEMENT CONFERENCE;**
15                                             **[PROPOSED] ORDER**
   SS PACIFIC STAR, (ex-ARTSHIP, ex-
16 GOLDEN BEAR), her engines, tackle,
   equipment, appurtenances, freights, cargo, etc.
17 (Official Number 239932) *in rem*,
   INTERNATIONAL DATA SECURITY,
18 INC., a Delaware corporate entity; and
   INTERNATIONAL MARITIME SECURITY
19 ALLIANCE, LLC., a Delaware corporate
   entity,
20
21                 Defendants.
22

23       The parties, through their respective undersigned counsel of record, stipulate that the Case

24 Management Conference presently set for September 3, 2010 at 3:00 p.m. may be continue to

25 September 24, 2010 at 3:00 p.m.

26       The basis for this request is that the parties anticipate meeting during the week of

27 September 6 through 10, 2010, to discuss movement of the vessel giving rise to this litigation, as

28 well as EPA issues. Counsel for Lennar will participate in the meeting and a representative of the

                    -1-  STIPULATION AND PROPOSED ORDER

1  EPA will be available via telephone to assist with any inquiries the parties may have. Further,

2  discovery is pending from the defendants.

3       A continuance of the Case Management Conference will allow the parties to advise the

4  Court of any progress relative to movement of the vessel and any issues relative to the EPA.

5

6       IT IS SO STIPULATED.

7

8  DATED:  September 2, 2010 ____ ____       LAW OFFICE OF SCOTT S. FURSTMAN

9                              By _____/s/ Scott S. Furstman_____

10                             SCOTT S. FURSTMAN
                              Attorney for Defendants SS PACIFIC STAR;
11                             INTERNATIONAL DATA SECURITY, INC.;
                              and INTERNATIONAL MARITIME
12                             SECURITY ALLIANCE

13  DATED:  September 2, 2010       BULLIVANT HOUSER BAILEY PC

14

15

16                             By ____/s/ Norman J. Ronneberg, Jr._____
                              NORMAN J. RONNEBERG
17                             Attorneys for Plaintiff ESCO MARINE, INC.

18

19                   [PROPOSED] ORDER

20       Good cause appearing and the parties having stipulated thereto, it is ordered that the Case

                                    October 5
21  Management Conference presently set for September 3, 2010 is continued to ~~September 24~~, 2010

22  at 3:00 p.m.

23

24

25  DATED: September_____, 2010

26                             _____
                              Susan Illston, U. S. District Judge

27

28

_____
                    -2-  STIPULATION AND [PROPOSED ORDER