1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California  94108
3  Telephone:    415-352-2700
   Facsimile:    415-352-2701
4  Email:        norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff and Counterdefendant
   ESCO MARINE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESCO MARINE INC., | Case No.:  C08-05575 SI |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | |
| SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; ANNA FALCHE, an individual; KENNETH CHOI, an individual; and RICHARD NAUGHTON, an individual. | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

   Plaintiff and counterdefendant ESCO MARINE, INC. ("ESCO") hereby requests that the case management conference in the captioned matter, currently scheduled for October 5, 2010 be continued to October 25, 2010.  This request is made on the following grounds:

12850290.1                                **1**
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.*; U.S.D.C. (N.D. Cal.) No. C08-05575 SI

1. Plaintiff will be submitting an *ex parte* application for order shortening time to hear its motion for further terminating and monetary sanctions on the ground that defendants have failed to comply with the court's previous order to provide verified written responses to plaintiff's request for production of documents, and to produce the extensive documents that defendants have represented to counsel and the court exist. Plaintiff will request that the hearing on said motion be set for October 25, 2010.

2. Plaintiff has noticed the depositions of defendants ANNA FALCHE, KENNETH CHOI, and RICHARD NAUGHTON on two occasions in the last few months. In both instances, the depositions have been continued because the requested documents were not produced.

3. The court previously ordered the parties to meet, if possible, with representatives of berth-owner LENNAR and the ENVIRONMENTAL PROTECTION AGENCY ("EPA") to facilitate the possible movement of the vessel from LENNAR's wharf. The EPA has expressed environmental concerns about the vessel. Said meeting, currently scheduled for October 5, 2010 with LENNAR (with the EPA appearing by phone stand-by), must be continued because: (1) the requested documents have not been produced; and (2) defendants have never said they will attend, much less agreed to one of the proffered meeting dates.

Based on the foregoing, good cause exists for the continuance of the case management conference, to October 25, 2010 at a time convenient to the court's calendar.

DATED: October 1, 2010                    BULLIVANT HOUSER BAILEY PC


By   /s/ Norman J. Ronneberg, Jr.
     NORMAN J. RONNEBERG, JR.
     Attorneys for Plaintiff and Counterdefendant
     ESCO MARINE INC.

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the case management conference in this matter, currently scheduled for October 5, 2010, is continued to October 25, 2010 at __3 p.m.__.

DATED: October _____, 2010                    _/s/ Susan Illston_

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.*
**U.S.D.C. (N.D. Cal.) No. C08-05575 SI**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of eighteen (18) and not a party to this action.

On October 1, 2010, the foregoing document entitled **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** was filed via the U.S. District Court, Northern District of California's CM/ECF electronic filing system and a copy of said document will be served to the following party via electronic mail:

> SCOTT S. FURSTMAN, ESQ.
> Law Offices of Scott S. Furstman
> 510 North Third Street
> San Jose, CA   95112
> Telephone:  (408) 292-4132
> Facsimile:  (408) 292-4162
> **Attorneys for**:  Defendants

I declare under penalty of perjury, in accordance with 28 U.S.C. §1746 and the laws of the State of California, that the foregoing is true and correct.

Executed on October 1, 2010, at San Francisco, California.

_____
ROBERTA C. BEACH

12850290.1

**3**

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.*; U.S.D.C. (N.D. Cal.) No. C08-05575 SI