1  NORMAN J. RONNEBERG, JR. (SBN 68233)
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California  94108
3  Telephone:    415-352-2700
   Facsimile:    415-352-2701
4  E-mail:       norman.ronneberg@bullivant.com

5  Attorneys for Plaintiff and Counterdefendant
   ESCO MARINE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ESCO MARINE INC., | Case No.: C08-05575 SI |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONFIRM SANCTIONS, FOR FURTHER SANCTIONS, AND FOR DEFAULT |
| v. | |
| SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity;  and INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; ANNA FALCHE, an individual; KENNETH CHOI, an individual; and RICHARD NAUGHTON, an individual.. | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | DATE:  April 22, 2011<br>TIME:  9:00 a.m.<br>COURTROOM:  10 |

The motion of plaintiff ESCO MARINE, INC. ("ESCO MARINE") came on regularly for hearing on April 22, 2011 before the Honorable Susan Illston.  NORMAN J. RONNEBERG, JR. of BULLIVANT HOUSER BAILEY PC appeared as counsel for ESCO MARINE; SCOTT FURSTMAN appeared as counsel for defendants INTERNATIONAL DATA SECURITY, INC. ("IDS"), INTERNATIONAL MARITIME SECURITY ALLIANCE

("IMSA); ANNA FALCHE ("FALCHE"); KENNETH CHOI; ("CHOI"); and RICHARD NAUGHTON ("NAUGHTON").

The court having reviewed the papers and declarations submitted in support of and in opposition to said motion; having heard the argument of counsel; and good cause appearing therefor;

IT IS HEREBY ORDERED as follows:

1. Defendants' counterclaim against ESCO MARINE is hereby DISMISSED WITH PREJUDICE;

2. Defendants' answer to ESCO MARINE's first amended complaint is hereby STRICKEN;

3. On March 24, 2010, the court ordered Defendants to pay ESCO MARINE monetary sanctions in the amount of One Thousand Eight Hundred Fifty-two Dollars and Fifty Cents ($1,852.50). This sum has never been paid. Defendants are jointly and severally liable for these sanctions, and shall pay them no later than May 31, 2011, with interest running from April 5, 2010 at the federal statutory rate.

4. Further monetary sanctions are awarded, as follows:

   a. Attorneys' fees in the amount of Four Thousand Two Hundred Ninety-one Dollars and Sixty-three Cents ($4,291.63), arising from undersigned counsel's repeated efforts to obtain discovery from defendants; with interest running from October 5, 2010 at the federal statutory rate. Defendants are jointly and severally liable for these sanctions and shall pay them no later than May 31, 2011;

   b. "Per day" sanctions of Three Hundred Dollars ($300), arising from defendants' failure to move the vessel at issue herein from its berth in Vallejo, California, from March 1 to April 22, 2010, for a total of Fifteen Thousand Three Hundred Dollars ($15,300), with interest running from April 22, 2011 until paid. Defendants are jointly and severally liable for these sanctions and shall pay them no later than May 31, 2011.

5. Default judgment is entered and adjudged against all defendants in favor of ESCO MARINE, and all well-pleaded allegations of fact (save as to the scope and amount of

1  damages) in the first amended complaint herein are deemed to be true. The court specifically
2  orders that:

3      a.    Defendants, and each of them, entered into and materially breached the
4  contracts identified in the first amended complaint herein, thus causing some measure of
5  damage and loss to ESCO MARINE; and

6      b.    Defendants FALCHE and CHOI were, at all pertinent times, the *alter*
7  *egos* of defendants IMSA and IDS, as alleged in the first amended complaint and are, therefore,
8  personally liable for the contract and tort liabilities of IMSA and IDS, as well as their own.

9  DATED: May __16__, 2011

_____
UNITED STATES DISTRICT JUDGE