IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESCO MARINE INC.,

     Plaintiff,                   Civ. S- 11-1353 KJM GGH

    vs.

SS PACIFIC STAR,

     Defendant.              ORDER

_____/

       Presently before the court are plaintiff's ex parte application for judicial review re issuance of warrant of arrest, and plaintiff's motion for appointment of substitute custodian, filed July 5, 2011. All of these documents are based on a purported "default judgment" entered in the Northern District of California (See Docket #109). However, despite the nomenclature drafted by plaintiff's counsel and presented to the Northern District judge, under the terms of the "default judgment," nothing was effectuated but an entry of default as a sanction which is, of course, preliminary to an actual default judgment.[1] Id. Indeed the purported default judgment leaves for

---

[1] With no remedy adjudged, there cannot be a default judgment. The Order does nothing more (in addition to imposition of monetary sanctions for discovery abuse) than to establish that a breach of contract has occurred and plaintiff has suffered some unspecified damage. Nothing in the "judgment" purports to give plaintiff ownership of the vessel at issue, or otherwise establishes that plaintiff is entitled to possession.

1

*future* adjudication the terms and conditions for any judgment.  At best, plaintiff seeks a pre-judgment attachment which raises a whole host of issues not briefed by plaintiff's counsel.

Complicating matters is the fact that defendants' counsel has been suspended from the bar, and defendants may well have had no effective notice of, or meaningful way to respond to, what is being sought here.

Therefore, the undersigned declines at this time to order a warrant of arrest and declines to appoint a substitute custodian.  Plaintiff's requests, filed July 5, 2011, (dkt. #s 113 and 115), are hereby denied without prejudice.

DATED: July 7, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/EscoMarine1353.ord.wpd