NORMAN J. RONNEBERG, JR. (SBN 68233)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone:   415-352-2700
Facsimile:   415-352-2701
E-Mail:   norman.ronneberg@bullivant.com

Attorneys for Plaintiff
ESCO MARINE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc., Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporation; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; ANNA FALCHE, an individual; KENNETH CHOI, an individual; and RICHARD NAUGHTON, an individual, <br><br>Defendants. | Case No.: 2:11-CV-01353-KJM-GGH <br><br>**ORDER DIRECTING CLERK TO ISSUE WARRANT OF ARREST OF SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR) [Supp. Adm. Rule C]** |

Plaintiff applied ex parte for a warrant of arrest of the defendant vessel SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), Official No. 239932.  After reviewing plaintiff's papers, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Clerk of the Court is to issue a warrant of arrest for the SS PACIFIC STAR.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare a warrant for the arrest of the vessel, and shall deliver it with a copy of this order to the United States Marshal for

1 the Eastern District of California for service; and that upon arrest of the vessel, notice of arrest
2 be provided and published in accordance with E.D. Local Rule 530.
3    IT IS FURTHER ORDERED that any person claiming an interest in the vessel SS
4 PACIFIC STAR shall be entitled to a prompt hearing on request, at which hearing the plaintiff
5 shall be required to show why the arrest should not be vacated or other relief granted consistent
6 with the Supplemental Rules for Certain Admiralty and Maritime Claims.
7 DATED: July 13, 2011

8                    /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE
9 13412834.1