NORMAN J. RONNEBERG, JR. (SBN 68233)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone:    415-352-2700
Facsimile:     415-352-2701
E-Mail:         norman.ronneberg@bullivant.com

Attorneys for Plaintiff
ESCO MARINE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., | Case No.: 2:11-CV-01353-KJM-GGH |
| Plaintiff, | **ORDER APPOINTING SUBSTITUTE CUSTODIAN** |
| vs. | **Local Rule A-550** |
| SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc., Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporation; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; ANNA FALCHE, an individual; KENNETH CHOI, an individual; and RICHARD NAUGHTON, an individual, | |
| Defendants. | |

Plaintiff ESCO MARINE, INC., by and through its attorneys BULLIVANT HOUSER BAILEY PC, having appeared and the Court having reviewed the application and order for appoining substitute custodian; supporting papers, the verified complaint, and first amended complaint herein;

IT IS HERREBY ORDERED AND ADJUDGED that the United States Marshal for the Eastern District of California is authorized and directed to transfer possession of the SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), Official No. 239932, including her engines, tackle, equipment, appurtenances, freights, cargo, etc., *in rem*, to NATIONAL

– 1 –

MARITIME SERVICES, INC. a Florida corporation ("NATIONAL MARITIME"). Immediately after arresting the SS PACIFIC STAR, and upon surrender, the United States Marshall shall be discharged from his duties and responsibilities for safekeeping of the SS PACIFIC STAR and shall be held harmless from any and all claims arising out of the SS PACIFIC STAR and shall be held harmless from any and all claims arising out of the substitute custodian's possession and safekeeping.

IT IS FURTHER ORDERED AND ADJUDGED that NATIONAL MARITIME is appointed substitute custodian of the SS PACIFIC STAR; to take possession of the SS PACIFIC STAR, after the arrest by the United States Marshal; and to retain her in its custody for possession and safekeeping until further order of this court.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's counsel will serve a copy of this order on the owners of the SS PACIFIC STAR.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court shall deliver a copy of this order to the United States Marshal for the Eastern District of California concurrently with the Order Authorizing Arrest of Vessel.

DATED: July 13, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

13440674.1
GGH:076/EscoMarine.subst.docx