IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESCO MARINE INC.,

    Plaintiff,   No. CIV S-11-1353 KJM-GGH

    vs.

SS PACIFIC STAR; et al.,

    Defendants.   <u>ORDER</u>
_____/

AND COUNTERCLAIMS.
_____/

    Scott Smith Furstman, named counsel for defendants SS Pacific Star, International Maritime Security, Inc., International Maritime Security Alliance, LLC, Anne Falche, Kenneth Choi and Richard Naughton, and for counter claimant SS Pacific Star, filed a notice of suspension and disqualification on May 29, 2011. (ECF 112.) The clerk of the court is DIRECTED to terminate Mr. Furstman.

    The court notes that Robert J. Sheppard was associated as counsel for SS Pacific Star, Anna Falche and Kenneth Choi on November 15, 2010. (ECF 81.) On March 8, 2011, Mr. Sheppard filed a notice disassociating himself as counsel for defendants SS Pacific, Kenneth Choi, International Data Security, Inc. and International Maritime Security Alliance, LLC. (ECF 97.) The notice filed on CM/ECF is only signed by Kenneth Choi; moreover, Mr. Sheppard had

1

1  never been associated as counsel for International Data Security, Inc. or International Maritime
2  Security Alliance, LLC.  As such, Mr. Sheppard automatically became lead counsel for
3  defendants SS Pacific and Anne Falche upon Mr. Furstman's unavailability.  If Mr. Sheppard
4  wishes to be disassociated as counsel, he may not do so unilaterally as he attempted to do on July
5  25, 2011 (ECF 126); rather, he must comply with Local Rule 182(d).

6  Furthermore, the court hereby ORDERS the remaining named corporate parties –
7  International Data Security, Inc. and International Maritime Security Alliance, LLC – to find
8  new counsel within thirty (30) days of the filing of this order or face entry of default.  The
9  remaining named individuals – Kenneth Choi and Richard Naughton – will be deemed to be
10 proceeding pro se unless counsel substitutes in for them; any new counsel is to present him- or
11 herself to the court within thirty (30) days of appointment.

12 The clerk of the court is DIRECTED to serve this order on Mr. Sheppard.
13 IT IS SO ORDERED.
14 DATED:  August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE