IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESCO MARINE INC.,

       Plaintiff,                              Civ. S-11-1353 KJM GGH

       vs.

SS PACIFIC STAR,

       Defendant.                            <u>ORDER</u>

_____/

        Plaintiff's motion to amend the amended complaint presently is calendared for hearing on September 29, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The September 29, 2011 hearing on the motion to amend the amended complaint, filed August 24, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: September 21, 2011

                                             /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH:076/EscoMarine1353.vac.wpd