IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESCO MARINE INC.,

      Plaintiff,　　　　　　　　　Civ. S-11-1353 KJM GGH

  vs.

SS PACIFIC STAR,

      Defendant.　　　　　　　　　<u>ORDER</u>

_____/

      Presently before the court is plaintiff's ex parte application for order shortening time to hear its motion for default judgment and interlocutory sale in rem, filed September 20, 2011. No defendants have responded to the application. Plaintiff is informed that constant requests for speedy action in this case (i.e. to move this case in front of every other pending case), strain the resources of the court. Nevertheless, the application will be granted.

      Good cause appearing, IT IS ORDERED that:

      1. Plaintiff's ex parte application for order shortening time, filed September 20, 2011, (dkt. no. 157), is granted.

\\\\

\\\\

\\\\

1

1  2. Plaintiff's motion for default judgment and interlocutory sale in rem, currently
2 noticed for hearing on October 20, 2011, is rescheduled to October 6, 2011, at 10:00 a.m.[1]
3  3. Defendants shall file an opposition by September 29, 2011.
4 DATED: September 21, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

6 GGH:076/EscoMarine1353.ost.wpd

---

[1] Although plaintiff requested a hearing date of September 29, 2011, that date does not permit sufficient notice and opportunity to respond.

2