IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESCO MARINE INC.,

       Plaintiff,                Civ. S- 11-1353 KJM GGH

   vs.

SS PACIFIC STAR,

       Defendant.       <u>ORDER</u>

_____/

       Presently before the court is plaintiff's motion for amendment of the first amended complaint to add verification, filed August 24, 2011.  The motion is unopposed.[1]  Upon review of the motion and supporting documents, the court now issues the following order.

       Plaintiff seeks to add the verification of Kris Wood, Vice President of Esco Marine, Inc., to the first amended complaint, filed April 30, 2010, which did not contain a verification due to inadvertence.  (Attachment to Ronnenberg, Jr. Declaration, filed August 24, 2011).  Plaintiff has adequately set forth the law which provides for liberal amendments in admiralty proceedings.  More importantly, plaintiff has provided authority for verification of amended complaints after an arrest has taken place, in cases such as this, where the original

---

[1]  The motion was vacated from the calendar for September 29, 2011 for this reason, and because it was determined that oral argument was unnecessary.

1

complaint was properly verified.  See Bank of the West. v. M/V NEVER SAY NEVER, 2007 WL 2874853, *2 (E.D.N.Y. 2007).

Good cause appearing, IT IS ORDERED that plaintiff's motion to amend the amended complaint to add the verification of Kris Wood, filed August 24, 2011, (dkt. no. 141), is granted   The Wood verification (dkt. no. 143-1) is deemed filed with the first amended complaint. (Dkt. no. 55.)

DATED: September 28, 2011

                  /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076/EscoMarine1353.ord.wpd