UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCO MARINE, INC., | Case No.: 2:11-CV-01353-KJM-GGH |
| Plaintiff, | **ORDER CONFIRMING SALE OF VESSEL** |
| vs. | |
| SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), her engines, tackle, equipment, appurtenances, freights, cargo, etc., Official No. 239932) *in rem*; INTERNATIONAL DATA SECURITY, INC., a Delaware corporation; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; ANNA FALCHE, an individual; KENNETH CHOI, an individual; and RICHARD NAUGHTON, an individual, | |
| Defendants. | |

Pursuant to order of this Court dated October 21, 2011, the sale of the vessel SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), Official No. 239932, was held on November 7, 2011 at 9:00 a.m. on the steps of the United States District Court for the Eastern District of California. No opposition to said sale having been filed, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The sale of the vessel SS PACIFIC STAR (ex-ARTSHIP, ex-GOLDEN BEAR), Official No. 239932, to ESCO MARINE, INC. is hereby confirmed;

2. No challenges or objections to the sale were made as required by Local Admiralty Rule 570(g), and no other impediment existing[1], the sale stands confirmed as of course;

3. As the entire purchase price has been paid, the Marshal is instructed to prepare and deliver to ESCO MARINE, INC., or its nominee designated in writing to the Marshal, a bill of sale conveying title to such vessel to ESCO MARINE, INC., or such nominee, free and clear of any and all liens and encumbrances.

4. The expenses incurred in connection with the sale of said vessel; the safekeeping of the vessel, including, but not limited to, the appraiser's fee, the marshal's charges, and monies advised to the Marshal by plaintiff herein, are deemed reasonable and necessary and of a preferred nature, and the Clerk is instructed to pay such expenses forthwith upon being presented with proper invoices or support for same.

**Date: 12/21/2011**

_____
UNITED STATES DISTRICT JUDGE

13621282.1

---

[1] On December 16, 2011, the United States Bankruptcy Court for the Northern District of California (Case No. 11-34027 DM) issued its Order Annulling Automatic Stay, specifically holding that Defendant International Maritime Security Allicance's Chapter 7 filing was of "no effect as to the November 7, 2011 lien sale of the SS PACIFIC STAR…..to Esco Marine Inc."

ORDER CONFIRMING SALE OF VESSEL
*Esco Marine, Inc. v. SS PACIFIC STAR, et al.* [U.S.D.C. (E.D. Cal.) No. 2:11-cv-01353 KJM GGH