UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esco Marine, Inc., | No. 2:11-cv-01353-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| S.S. Pacific Star, et al., | |
| Defendants. | |

This action was dismissed for lack of prosecution in April 2014. ECF No. 189. Judgment was entered the same day. ECF No. 190. Funds in the amount of $2500 remain on deposit on the court's registry, which appear to be the proceeds of the sale of the vessel confirmed at ECF No. 183. This court has also taken judicial notice of bankruptcy proceedings involving at least one of the parties to this action. *See id.* at 2 n.1; *see also* Req. J. Notice Ex. A, ECF No. 180. The parties are therefore directed to file, within thirty days, a joint statement on the proper disposition of the $2500 currently on deposit on the court's registry.

IT IS SO ORDERED.

DATED: June 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1