UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esco Marine, Inc., | No. 2:11-cv-01353-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| S.S. Pacific Star, et al., | |
| Defendants. | |

On June 23, 2021, the court ordered the parties to file a joint statement within thirty days on the proper disposition of the $2,500 currently on deposit in the court's registry. ECF No. 191. The parties have filed no joint statement. The parties are **ordered to show cause within fourteen days** why monetary sanctions of $250 should not be imposed, and **by the same deadline**, the parties are ordered to file the joint status report required by the order at ECF No. 191. Future failures to comply with court orders may result in further sanctions, including monetary and other sanctions.

IT IS SO ORDERED.

DATED: July 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE