UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esco Marine Inc., | No. 2:11-cv-01353-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| SS Pacific Star, et al., | |
| Defendants. | |

The court previously ordered the parties to file a joint report on the disposition of the $2,500 currently on deposit in the court's registry. ECF No. 191. No response was filed; nor was any response filed to the court's ensuing order to show cause why monetary sanctions of $250 should not be imposed. ECF No. 192.

The court therefore imposes monetary sanctions of $250 each on plaintiff Esco Marine, Inc. and defendant Kenneth Choi, with each to pay this amount within thirty (30) days. The $2,500 on deposit in the registry will be moved to the general holding account for unclaimed funds, where it will remain unless disbursed by court order. *See* 28 U.S.C. §§ 2041–2042.

The Clerk's Office is directed to serve a copy of this order on this district's financial administrator.

IT IS SO ORDERED.

DATED: November 8, 2024.

UNITED STATES DISTRICT JUDGE